**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

TRACY BROWN, et al.,

        Plaintiffs,

        v.

UNITED AIRLINES, INC.,

        Defendant.

Case No. 1:26-cv-07487

Hon. Manish S. Shah

**UNITED AIRLINES, INC.'S MOTION TO DISMISS
PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant United Airlines, Inc. ("United") respectfully moves this Court for an Order granting United's Motion to Dismiss and dismissing Plaintiffs' claims consistent with that Motion. Plaintiffs oppose United's Motion.

In support of its Motion, United submits its contemporaneously filed Memorandum of Law and other materials attached thereto.

-i-

Dated: August 3, 2026

Respectfully submitted,

/s/ *Jonathan M. Linas*

Jonathan M. Linas (Bar No. 6290055)
Jordan M. Matthews (Bar No. 6300503)
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: 312.269.4245
Facsimile: 312.782.8585
jlinas@jonesday.com
jmatthews@jonesday.com

Alexander V. Maugeri (Bar No. 5062666)
JONES DAY
250 Vesey Street
New York, NY 10281-1047
Telephone: 212.326.3939
Facsimile: 212.755.7306
amaugeri@jonesday.com

Kristin M. Simonet (Bar No. 0399213)
JONES DAY
90 South Seventh Street, Suite 4950
Minneapolis, MN 55402
Telephone: 612.217.8869
Facsimile: 312.782.8585
ksimonet@jonesday.com

**ATTORNEYS FOR DEFENDANT
UNITED AIRLINES, INC.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 3, 2026, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF filing system.

/s/ *Jonathan M. Linas*
Attorney for Defendant